July 2, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

JEFFRAY ALTER, Appellant

NO. 14-14-00983-CV                    V.

BENJAMIN CARMONA AND BEACON SALES ACQUISITIONS, INC.,
Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 23, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jeffray Alter.

We further order this decision certified below for observance.